# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE DIVISION

IN RE:  CASE NO.: 20-10301-t13
CHAPTER 13

**Roland Andrew Campbell-Logia,**
    **Debtor.**
_____/

## PRAECIPE TO WITHDRAWAL PROOF OF CLAIM

**PLEASE TAKE NOTICE THAT**, on behalf of CALIBER HOME LOANS, INC. ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Proof of Claim filed on April 13, 2020 under Claim 8-1 on the Claim's Register.**

Dated: April 14, 2020

    **Robertson, Anschutz & Schneid & Crane, LLC**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Phone: 470-321-7112
Fax: 404-393-1425

By: /s/ Andrea Betts
Andrea Betts Esquire
Email: abetts@rascrane.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2020 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

**Roland Andrew Campbell-Logia**
8423 Palo Duro Ave NE
Albuquerque, NM 87111

**Gerald R Velarde**
2531 Wyoming Blvd NE
Albuquerque, NM 87112-1027

**Tiffany M. Cornejo**
625 Silver Avenue SW
Suite 350
Albuquerque, NM 87102-3111

**Robertson, Anschutz & Schneid & Crane, LLC**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Phone: 470-321-7112
Fax: 404-393-1425

By: /s/ Andrea Betts
Andrea Betts Esquire
Email: abetts@rascrane.com